Robert E. Barton, WSBA #43568
E-mail: bob.barton@bullivant.com
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351
Facsimile: 503.295.0915

Attorneys for Defendant Greyhound Lines Inc.

THE HONORABLE TBD

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| KAREN ELAINE GARD,<br><br>    Plaintiff,<br><br>v.<br><br>GREYHOUND LINES INC.,<br><br>    Defendant. | No.: 4:21-CV-05070<br><br>NOTICE OF REMOVAL<br><br>DEMAND FOR JURY TRIAL |

**TO: CLERK OF THE COURT**

PLEASE TAKE NOTICE THAT defendant Greyhound Lines Inc. ("Defendant") hereby removes to this Court the state action described below:

1. On or about March 18, 2021, an action was filed in the Superior Court of the state of Washington for the county of Franklin entitled *Karen Elaine Gard v. Greyhound Lines Inc.*, case no. 21-2-50126-11. True and correct copies of all process, pleadings and orders served upon defendant are attached hereto as Exhibit 1.

2. This action is a civil action over which this court has original jurisdiction pursuant to 28 USC §1332, and is one that may be removed to this

court by Defendant pursuant to 28 USC §1441(b) because:

    a.    Plaintiff alleges that at all relevant times, plaintiff Karen Elaine Gard was a resident of York County, Maine.

    b.    At all relevant times, defendant was and is a business incorporated in the state of Delaware with its principal place of business in Dallas, Texas.

    c.    Plaintiff does not set forth the dollar amount prayed for in her complaint.  However, defendant has a good faith belief that the plaintiff is seeking damages in excess of the jurisdictional amount because in paragraph 5.1 of the complaint she claims "bodily and emotional injuries, some of which may be permanent and may result in residual permanent disability which may cause pain, suffering, emotional anguish, loss of ability and capacity to enjoy life, health care expenses, possible loss of earnings over her lifetime and other general and special damages, economic and non-economic."  We know plaintiff's claims include a fractured right patella.  The nature and scope of the alleged injuries, including a fractured patella, physical disability and pain, emotional trauma, loss of earnings, wage loss and other damages alleged in plaintiff's complaint, if proven, would well exceed the $75,000 jurisdictional amount.

3.    Removal is timely pursuant to 28 USC §1446(b) because the earliest the summons and complaint were served on defendant was April 1, 2021.

4.    This is the district and division embracing the place where the state court action is pending (Superior Court of the State of Washington in and for the County of Franklin).

5.    No other proceedings have occurred, and no other documents have been served in the state court action other than the service of summons and complaint, case information sheet and order setting original case schedule, as

referenced above. A copy of the docket in the state court action is attached as Exhibit 2.

  6. A certificate of service which lists all counsel and pro se parties who have appeared in this action, together with their contact information including email addresses is attached as Exhibit 3.

  7. No jury demand was filed in the state court. A jury demand is incorporated in this Notice of Removal.

  8. In filing this notice, Defendant does not waive any defenses or claims including, but not limited to, any defenses based on jurisdiction, service or statute of limitations.

DATED: April 28, 2021

      BULLIVANT HOUSER BAILEY PC

      By _____
       Robert E. Barton, WSBA #43568
       E-Mail: bob.barton@bullivant.com

      Attorneys for Defendant Greyhound Lines Inc.

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of April, 2021, I caused to be served the foregoing NOTICE OF REMOVAL on the following party at the following address:

Tamara Baldwin
Parke Gordon, LLC
7401 W. Hood Place
Suite 208
Kennewick, WA 99336
Telephone: 509-582-7274
Facsimile: 866-472-0506
Email: tamara@parkegordon.com
by:

☒ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ Hand Delivery
☐ E-Service
☒ Other (specify)  <u>E-mail</u>

_____
Robert E. Barton

4833-2888-9061.1