ORIGINAL FILED

MAR 18 2021

MICHAEL J. KILLIAN
FRANKLIN COUNTY CLERK
X41

**21 250126 11**

FRANKLIN CIVIL COUNTY SUPERIOR COURT
Case Information Cover Sheet (CICS)

Case Number _____  Case Title GARD v. GREYHOUND LINES

Attorney Name Tamara Baldwin    Bar Membership Number 50077

Please check one category that best describes this case for indexing purposes. Accurate case indexing not only saves time in docketing new cases, but helps in forecasting needed judicial resources. Cause of action definitions are listed on the back of this form. Thank you for your cooperation.

*Form updated 12/28/2020*

| | | | | | |
|---|---|---|---|---|---|
| ☐ | ABJ | Abstract of Judgment | ☐ | PRG | Property Damage – Gangs |
| ☐ | ABL | Abusive Litigation | ☐ | PRP | Property Damages |
| ☐ | ALR | Administrative Law Review | ☐ | QTI | Quiet Title |
| ☐ | ALRJT | Administrative Law Review-Jury Trial (L&I) | ☐ | RDR | Relief from Duty to Register |
| ☐ | BAT | Ballot Title | ☐ | RFR | Restoration of Firearm Rights |
| ☐ | CHN | Non-Confidential Change of Name | ☐ | SDR | School District-Required Action Plan |
| ☐ | CBC | Contractor Bond Complaint | ☐ | SER | Subdivision Election Process Law Review |
| ☐ | COL | Collection | ☐ | SPC | Seizure of Property-Commission of Crime |
| ☐ | CON | Condemnation | ☐ | SPR | Seizure of Property-Resulting from Crime |
| ☐ | COM | Commercial | ☐ | STK | Stalking Petition |
| ☐ | CRP | Pet. for Cert. of Restoration of Opportunity | ☐ | SXP | Sexual Assault Protection |
| ☐ | DOL | Appeal Licensing Revocation | ☐ | TAX | Employment Security Tax Warrant |
| ☐ | DVP | Domestic Violence | ☐ | TAX | L & I Tax Warrant |
| ☐ | EOM | Emancipation of Minor | ☐ | TAX | Licensing Tax Warrant |
| ☐ | FJU | Foreign Judgment | ☐ | TAX | Revenue Tax Warrant |
| ☐ | FOR | Foreclosure | | TMV | Tort – Motor Vehicle |
| ☐ | FPO | Foreign Protection Order | ☐ | TRJ | Transcript of Judgment |
| ☐ | HAR | Unlawful Harassment | ☒ | TTO | Tort – Other |
| ☐ | INJ | Injunction | ☐ | TXF | Tax Foreclosure |
| ☐ | INT | Interpleader | ☐ | UND | Unlawful Detainer – Commercial |
| ☐ | LCA | Lower Court Appeal – Civil | ☐ | UND | Unlawful Detainer – Residential |
| ☐ | LCI | Lower Court Appeal – Infractions | ☐ | VAP | Vulnerable Adult Protection Order |
| ☐ | LUPA | Land Use Petition Act | ☐ | VEP | Voter Election Process Law Review |
| ☐ | MAL | Other Malpractice | ☐ | VVT | Victims of Motor Vehicle Theft-Civil Action |
| ☐ | MED | Medical Malpractice | ☐ | WDE | Wrongful Death |
| ☐ | MHA | Malicious Harassment | ☐ | WHC | Writ of Habeas Corpus |
| ☐ | MSC2 | Miscellaneous – Civil | ☐ | WMW | Miscellaneous Writs |
| ☐ | MST2 | Minor Settlement – Civil (No Guardianship) | ☐ | WRM | Writ of Mandamus |
| ☐ | PCC | Petition for Civil Commitment (Sexual Predator) | ☐ | WRR | Writ of Restitution |
| ☐ | PFA | Property Fairness Act | ☐ | WRV | Writ of Review |
| ☐ | PIN | Personal Injury | ☐ | XRP | Extreme Risk Protection Order |
| ☐ | PRA | Public Records Act | ☐ | XRU | Extreme Risk Protection Order Under 18 |

**IF YOU CANNOT DETERMINE THE APPROPRIATE CATEGORY, PLEASE DESCRIBE THE CAUSE OF ACTION BELOW**

*Please Note: Public information in court files and pleadings may be posted on a public Web site.*

EXHIBIT 1    Page 1 of 7

FILED<br>
MICHAEL J. KILLIAN,<br>
COUNTY CLERK<br>
03/18/2021<br>
BY XYL, DEPUTY

## IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
## IN AND FOR FRANKLIN COUNTY

| | |
|---|---|
| KAREN ELAINE GARD<br>　　　　Plaintiff/Petitioner(s),<br>vs.<br><br>GREYHOUND LINES, INC<br>　　　　Defendant/Respondent(s). | No. 21-2-50126-11<br><br>**CIVIL CASE SCHEDULE ORDER (ORSCS)** |

### I. SCHEDULE

***All **Court Hearing** dates are currently suspended. A new schedule will be issued once Emergency Orders are modified or lifted***

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DUE DATE

1. Cancellation / Confirmation of Status Conference............................................3 Months
2. **Status Conference**......................................................................................**TBD**
3. Plaintiff's Disclosure of Lay and Expert Witnesses........................................ .4 Months
4. Defendant's Disclosure of Lay and Expert Witnesses..................................... .6 Months
5. Last Date for Filing Statement of Arbitrability............................................. .6.5 Months
6. Disclosure of Plaintiff's Rebuttal Witnesses.................................................. .6.5 Months
7. Disclosure of Defendant's Rebuttal Witnesses............................................... 7 Months
8. Discovery Completed..................................................................................... .9.5 Months
9. Last Date for Filing Jury Demand.................................................................. 10 Months
10. Settlement Position Statements filed by all parties........................................ 10 Months
11. Last Date for Hearing Dispositive Pretrial Motions………………................. 10.5 Months
12. **Settlement Conference**...............................................................................**TBD**
13. Last Date for Filing and Serving Trial Management Report…….…..............11.5 Months
14. **Pretrial Management Conference**...............................................................**TBD**
15. Trial Memoranda and Motions in Limine to be filed…………..................... 2 Weeks to Trial
16. **Trial Date and Motions in Limine**..............................................................**TBD**

### II. ORDER

This Order is entered for Administrative purposes. All parties need not comply with the deadlines.

Dated this 18th day of March, 2021.

　　　　　　　　　　　　　　　　　　　　　　　**CARRIE L. RUNGE**
　　　　　　　　　　　　　　　　　　　　　　　SUPERIOR COURT JUDGE/COMMISSIONER

EXHIBIT 1    Page 2 of 7

COPY
ORIGINAL FILED

MAR 18 2021

MICHAEL J. KILLIAN
FRANKLIN COUNTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF FRANKLIN

Karen Elaine Gard

        Plaintiff,

v.

Greyhound Lines, Inc.,

        Defendant.

Case No.: 21 2 50126 11

SUMMONS

THE STATE OF WASHINGTON, COUNTY OF FRANKLIN TO The Agent For Greyhound Lines, Inc.:

    A lawsuit has been started against you in the above-entitled court by the above named plaintiff. Plaintiff's claims are stated in the written Complaint, a copy of which is served upon you with this summons.

    In order to defend against this lawsuit, you must respond to the complaint by stating your defense(s) in writing, and serve a copy upon the undersigned attorney for the plaintiffs within twenty (20) days after the services of this summons, excluding the day of service, if served within the State of Washington, or within sixty (60) days after service of this summons upon you, excluding the day of service if served out of the State of Washington, or a default judgment may be entered against you without notice. A default judgment is one where the plaintiffs are entitled to what they ask for because you have not responded. If you serve a notice of appearance on the undersigned attorney, you are entitled to notice before a default judgment may

SUMMONS

Parke Gordon, LLC
7401 W. Hood Place, Suite 208
Kennewick, WA 99336
Tel (509) 582-7274
Fax (866) 472-0506

EXHIBIT 1    Page 3 of 7

be entered.

You may demand that the plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the plaintiff. Within fourteen (14) days after you serve the demand, the plaintiffs must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written responses, if any, may be served on time.

This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this 18th day of March, 2021

PARKE GORDON LLC

By: _____
Tamara Baldwin, WSBA # 50077
Attorney for Plaintiff

**SUMMONS**

Parke Gordon, LLC
7401 W. Hood Place, Suite 208
Kennewick, WA 99336
Tel (509) 582-7274
Fax (866) 472-0506

EXHIBIT 1    Page 4 of 7

COPY
ORIGINAL FILED

MAR 18 2021

MICHAEL J. KILLIAN
FRANKLIN COUNTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF FRANKLIN

Karen Elaine Gard,

        Plaintiff,

v.

Greyhound Lines Inc.,

        Defendant.

Case No.: 21 2 50126 11

COMPLAINT

COMES NOW the above-named plaintiff, Karen Elaine Gard, by and through her undersigned attorney of record, and for cause of action against Defendant, complains and alleges as follows:

## I. IDENTIFICATION OF PARTIES AND JURISDICTION

1.1     At all times relevant hereto Plaintiff Karen Elaine Gard was a resident of York County, Maine.

1.2     Defendant, Greyhound Lines, Inc., a foreign profit corporation incorporated in Delaware, and at all times relevant hereto has been doing business in the state of Washington including Franklin County under UBI 601 033 019.

1.3     The incident for which is the subject of this case herein occurred in Pasco, Franklin County, Washington.

COMPLAINT

Parke Gordon, LLC
7401 W. Hood Place, Suite 208
Kennewick, WA 99336
Tel (509) 582-7274
Fax (866) 472-0506

EXHIBIT 1    Page 5 of 7

1.4   This Court has jurisdiction over this action and venue is proper in Franklin County, Washington.

## II. DUTY OF CARE

2.1   Defendant owed a duty of care to Plaintiff to: maintain safety for passengers exiting its bus, operate Defendant's vehicle in a reasonable and safe manner, to ensure the safety of passengers.

## III. BREACH OF DUTY

3.1   On or about June 3, 2019, Plaintiff was a passenger on the Greyhound Bus from Portland, Oregon to Pasco, Washington. Plaintiff's "Schedule Number" was GLI6912. She arrived in Pasco at about 4:30 pm. At that time, Plaintiff was exiting the bus when she fell from the bus to the ground.

3.2   Defendant was negligent in one or more of the following ways:

   a.   In failing to ensure the safety of its passengers;

   b.   In failing to provide adequate egress from its bus;

   c.   In such other negligent manner to be proven to the trier of fact at trial.

## III. INJURIES

4.1   As a direct and proximate result of Defendant's negligence alleged herein, Plaintiff suffered bodily and emotional injuries in an amount to be proven at the time of trial.

## IV. DAMAGES

5.1   As a direct and proximate result of Defendant's negligence, Plaintiff has suffered bodily and emotional injuries, some of which may be permanent and may result in residual permanent disability which may cause pain, suffering, emotional anguish, loss of ability and capacity to enjoy life, health care expenses, possible loss of earnings over her

COMPLAINT

Parke Gordon, LLC
7401 W. Hood Place, Suite 208
Kennewick, WA 99336
Tel (509) 582-7274
Fax (866) 472-0506

EXHIBIT 1   Page 6 of 7

lifetime, and other general and special damages, economic and non-economic. Plaintiff is entitled to be compensated for her injuries, incurred past and future physical, mental pain, disability, and medical expenses, in such amounts to be proven at the time of trial herein.

WHEREFORE, Plaintiff respectfully pray for judgment against Defendant as follows:

## V. RELIEF SOUGHT

6.1    For an award of damages compensating Plaintiff for past and future general and special damages, economic and non-economic, including pre-judgment interest on Plaintiff's expenses as are allowed by law, in an amount to be proven at the time of trial in this matter.

6.2    For such other and further relief as the Court deems just, equitable and proper.

DATED this March 18, 2021.

PARKE GORDON LLC

By: _____
Tamara Baldwin, WSBA # 50077
Attorney for Plaintiff

**COMPLAINT**

Parke Gordon, LLC
7401 W. Hood Place, Suite 208
Kennewick, WA 99336
Tel (509) 582-7274
Fax (866) 472-0506

EXHIBIT 1    Page 7 of 7