FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAREN ELAINE GARD,<br><br>    Plaintiff,<br><br>    v.<br><br>GREYHOUND LINES, INC.,<br><br>    Defendant. | NO. 4:21-cv-05070-SAB<br><br>**ORDER GRANTING UNOPPOSED MOTION TO REMAND** |

    Before the Court is Plaintiff's Motion to Remand, ECF No. 6. The motion was heard without oral argument.

    The parties agree that the amount in controversy in this matter does not exceed $75,000. *See* ECF No. 7 at 1. To remove a case to federal court based on diversity jurisdiction, the removing party must demonstrate that (1) the parties are completely diverse; and (2) the amount in controversy exceeds $75,000. 28 U.S.C. § 1332; *Matheson v. Progressive Speciality Ins. Co.*, 319 F.3d 1089, 1090 (9th Cir. 2003). Because the amount in controversy does not exceed $75,000, the Court finds it lacks subject matter jurisdiction and remands the above-captioned case to state court.

    Accordingly, **IT IS ORDERED:**

    1.    Plaintiff's Motion to Remand, ECF No. 6, is **GRANTED**.

    2.    All pending motions are denied as moot.

**ORDER GRANTING UNOPPOSED MOTION TO REMAND** *1

3. The above-captioned case is **REMANDED** to Franklin County Superior Court.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 21st day of June 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING UNOPPOSED MOTION TO REMAND** *2